# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:08-cv-00434-FDW

| | |
|---|---|
| WB MUSIC CORP. et al., | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | )     ORDER<br>) |
| CHRISTIAN BROOME HUNT, | )<br>) |
| Defendant. | )<br>)<br>) |

THIS MATTER comes now before the Court upon Plaintiffs' Motion for Default Judgement (Doc. No. 16). Defendant Christian Broome Hunt has failed to appear or otherwise defend, and the Clerk has entered default against her (Doc. No. 15). Now, it appearing that Defendant has willfully infringed Plaintiffs' copyrights in their musical compositions and that Defendant is not an infants or incompetent person, and is not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. Defendant Christian Broome Hunt and all persons acting under the direction, control, permission or authority of such defendant are permanently enjoined and restrained from publicly performing any of the copyrighted musical compositions in the ASCAP repertory, in any place or establishment or by any means, including but not limited to the public performance of such compositions at Defendant's establishment, Ricky J's Sports Bar and Grille, controlled, operated or conducted by Defendant, and from aiding or abetting the public performance of such compositions in any such place, or otherwise, unless duly authorized to do so.

2. Plaintiffs recover of Defendant Christian Broome Hunt statutory damages in the aggregate amount of $12,500 with interest from the date of this Order at the rate allowed by federal law.

3. Plaintiffs recover of Defendant Christian Broome Hunt costs of this action in the sum of $393.61 and reasonable attorney's fees in the amount of $1835.00, for a total of $2,228.61. (See Allen Decl., Doc. No. 19, at ¶ 6.)

IT IS SO ORDERED.  Signed: February 23, 2009

Frank D. Whitney
United States District Judge